# EXIHIBIT 1

**Thomas Bowe CPA PC**
1372 Hancock St. Suite 202
Quincy, Mass. 02169

Telephone 617-770-4900                                    Fax 617-328-6959

Mattapan Community Centers, Inc.
5 Mildred Ave.
Mattapan, Ma. 02126

February 20, 2017

Board of Directors,

    I have filed federal and state tax returns for fiscal year ending 6-30-16. Enclosed is the secretary of state report which must be signed and a payment of $15 is due. The attorney general's report can be paid for on line per the enclosed instructions, which is $35.

    Due to, in my opinion, unethical decisions made by the board, my professional standards prevent me from issuing a review report for the fiscal year ending 6-30-16. This report, however, should be done as soon as possible.

    Please accept my resignation, as of this date, from my position as the accountant for Mattapan Community Center.

Sincerely,

Thomas Bowe C.P.A.

