# EXIHIBIT 2



**CITY OF BOSTON**
MARTIN J. WALSH, MAYOR
WILLIAM MORALES, COMMISSIONER

BCYF Blackstone
BCYF Charlestown
BCYF Cleveland
BCYF Clougherty Pool
BCYF Condon
BCYF Curley
BCYF Curtis Hall
BCYF Draper Pool
BCYF Flaherty Pool
BCYF Gallivan
BCYF Golden Age
BCYF Grove Hall
BCYF Hennigan
BCYF Holland
BCYF Hyde Park
BCYF Jackson/Mann
BCYF Leahy-Holloran
BCYF Madison Park
BCYF Mason Pool
BCYF Menino
BCYF Mildred Avenue
BCYF Mirabella Pool
BCYF Nazzaro
BCYF Ohrenberger
BCYF Paris Street
BCYF Paris Street Pool
BCYF Perkins
BCYF Pino
BCYF Quincy
BCYF Roche
BCYF Roslindale
BCYF Shelburne
BCYF Tobin
BCYF Tynan
BCYF Vine Street

Administrative Offices
1483 Tremont Street
Boston, MA 02120
Phone: 617-635-4920
Fax: 617-635-4524
cityofboston.gov/bcyf
Facebook: BCYFBoston
Twitter: BCYFCenters

Every Neighborhood,
One Mission

February 23, 2017

Mattapan Community Centers, Inc.
c/o Mr. Willie Veal
Board President
852 Blue Hill Ave.
Mattapan, MA 02126

Dear Mr. Veal,

I am writing to provide written notice that the Boston Centers for Youth & Families ("BCYF") has decided to disassociate itself from your non-profit organization, Mattapan Community Centers, Inc. BCYF will no longer be partnering with your organization, which previously served as a site council and 501(c)(3) partner for the BCYF Mildred Avenue Community Center and BCYF Gallivan Community Center.

BCYF made this decision after it was brought to our attention that your non-profit organization voted to authorize a loan to a relative of yours, Ms. Leah Veal Green. This vote occurred at a meeting held on October 21, 2015. The vote authorized the grant of funds for a loan to Ms. Veal Green to be held as a first mortgage on a property. The meeting minutes state that the loan was presented as a fundraising opportunity that would allow the money raised from repayment of the loan to be used for increased programming and other benefits for the Centers.

One of the primary legal responsibilities of a non-profit organization is to ensure that it complies with all applicable fiduciary duties, including the duty of care and duty of loyalty. Inherent in these legal responsibilities is the obligation to ensure that charitable assets are not used inappropriately or diverted to private interests. See M.G.L. c. 12, § 8. Another inherent responsibility is to ensure that adequate procedures are in place to prevent impermissible conflicts of interest, such as a board member using his or her position to further the interests of anyone else, including his or her own interests and those of family members.

By authorizing a loan to your relative, it appears that your organization failed to meet these primary legal responsibilities. In addition to the apparent illegality of the use of charitable assets to advance private interests, the fact that the loan was presented as a fundraising opportunity to the Board of Directors without any documentation in the minutes that any disclosure was given regarding your relationship to the individual who would benefit from the mortgage suggests that the vote likely violated your organization's bylaws. BCYF was also provided with information that this vote and transaction was not disclosed to your accountant, Thomas Bowe, or to your bookkeeper, Bonnie Wallace, and it was not fully disclosed to all important stakeholders in the organization.



CITY OF BOSTON
MARTIN J. WALSH, MAYOR
WILLIAM MORALES, COMMISSIONER

BCYF Blackstone
BCYF Charlestown
BCYF Cleveland
BCYF Clougherty Pool
BCYF Condon
BCYF Curley
BCYF Curtis Hall
BCYF Draper Pool
BCYF Flaherty Pool
BCYF Gallivan
BCYF Golden Age
BCYF Grove Hall
BCYF Hennigan
BCYF Holland
BCYF Hyde Park
BCYF Jackson/Mann
BCYF Leahy-Holloran
BCYF Madison Park
BCYF Mason Pool
BCYF Menino
BCYF Mildred Avenue
BCYF Mirabella Pool
BCYF Nazzaro
BCYF Ohrenberger
BCYF Paris Street
BCYF Paris Street Pool
BCYF Perkins
BCYF Pino
BCYF Quincy
BCYF Roche
BCYF Roslindale
BCYF Shelburne
BCYF Tobin
BCYF Tynan
BCYF Vine Street

Administrative Offices
1483 Tremont Street
Boston, MA 02120
Phone: 617-635-4920
Fax: 617-635-4524
cityofboston.gov/bcyf
Facebook: BCYFBoston
Twitter: BCYFCenters

Every Neighborhood,
One Mission

BCYF expects the site councils that we partner with to follow all applicable state, federal and local laws. We cannot continue to associate ourselves with an organization that makes financial decisions like the one discussed in this letter. This type of behavior is unacceptable and BCYF does not condone it.

Sincerely,

William Morales
Commissioner