<u>Seventh Affirmative Defense</u>

       The Complaint is barred by the doctrine of unclean hands; the aforementioned Fourth and Sixth Affirmative Defenses expound the Complainant's fiscal negligence and recklessness.

**<u>PRAYER FOR RELIEF</u>**

       WHEREFORE, Defendant, Bowe and Bowe, CPA requests that this Honorable Court:

1. Dismiss the Complaint.

2. Enter judgement for the Defendant, Bowe and Bowe, CPA on all counts.

3. Award Bowe and Bowe, CPA the costs of defending this action, as well as such other additional relief as the Court may determine to be just and proper.

4. Award attorney's fees and costs relative to M.G.L. ch. 93A.

Dated:  March 8th          2021           Respectfully Submitted,

                                                           _/s/_Thomas M. Barron
                                                          Thomas M. Barron, Esq.
                                                          BBO# 031220
                                                          1372 Hancock Street, Suite 301
                                                          Quincy, MA  02169
                                                          Office: (617) 773-7650
                                                          Email: attybarron@aol.com