# Corporations Division

## Business Entity Summary

**ID Number: 043315190**          Request certificate    New search

**Summary for:** MATTAPAN COMMUNITY CENTERS, INC.

| | |
|---|---|
| **The exact name of the Nonprofit Corporation:** MATTAPAN COMMUNITY CENTERS, INC. ||
| **The name was changed from:** GALLIVAN COMMUNITY CENTER, INC. **on** 07-29-2004 ||
| **Entity type:** Nonprofit Corporation ||
| **Identification Number:** 043315190 | **Old ID Number:** 000532701 |
| **Date of Organization in Massachusetts:** 04-03-1996 ||
| | **Last date certain:** |
| **Current Fiscal Month/Day:** / | **Previous Fiscal Month/Day:** 06/30 |
| **The location of the Principal Office in Massachusetts:** ||
| Address:  1434 BLUE HILL AVENUE ||
| City or town, State, Zip code, Country:          MATTAPAN,   MA   02126   USA ||
| **The name and address of the Resident Agent:** ||
| Name: ||
| Address: ||
| City or town, State, Zip code, Country: ||
| **The Officers and Directors of the Corporation:** ||

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | WILLIAM VEAL | 1436 BLUE HILL AVE MATTAPAM, MA 02126 USA | Until Successor is elected |
| TREASURER | CYNTHIA BREWINGTON | 5 MILDRED AVE MATTAPAN, MA 02126 USA | Until Successor is elected |
| CLERK | KIMBERLY HOLIDAY | 5 MILDRED AVE MATTAPAN, MA 02126 USA | Until Successor is elected |
| ASSISTANT CLERK | WILLIAM VEAL | 1436 BLUE HILL AVE MATTAPAM, MA 02126 USA | Until Successor is elected |
| DIRECTOR | WILLIAM VEAL | 1436 BLUE HILL AVE MATTAPAM, MA 02126 USA | Until Successor is elected |
| DIRECTOR | ATRICA IRONS | 23 HOLLINGSWORTH MATTAPAN, MA 02126 USA | Until Successor is elected |

| DIRECTOR | CYNTHIA BREWINGTON | 5 MILDRED AVE MATTAPAN, MA 02126 USA | Until Successor is elected |
|---|---|---|---|

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]