UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2021 MAY 19 PM 4: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

William Veal                          Case Number: 121-cv-10265

Plaintiff

Commissioner of Boston Centers for Youth & Families et al.

Defendant

## MOTION TO FOR EXSTENSION OF TIME

Now comes Plaintiff William Veal , to request that I be allowed to AN extension of time up to June 21, 2021 to answer three motion to dismiss, as of May 19, 2021, 2 defendants do not oppose the 3rd defendant Thomas Bowes attorney Thomas M. Barron has not respond to two request from me for extension of time.

William Veal                          May 19, 2021
/S/William Veal
1434 Blue Hill Ave, APT 1
Mattapan, Ma 02126
617-908-5555
Mrveal7@yahoo.com

Adam Cederbaum,
City of Boston Law Department Room 615,
City Hall (617) 635-4030
Adam.Cederbaum@boston.gov

Thomas M. Barron,
1372 Hancock Street, Suite 301
Quincy, MA 02169
Office: (617) 773-7650
attybarron@aol.com

Aprodu | Conley, PLLC

153 Andover Street
Suite 205
Danvers, MA 01923
P. (978) 406-9090
F. (978) 908-2132
adela@apco.law

## Certificate of Service

I certify that I have conferred to narrow the issue and sent a copy of this opposition to defendants' motion to dismiss on May 19, 2021 to the defendants' attorneys.

William Veal                                             May 19, 2021
/S/William Veal
1434 Blue Hill Ave, APT 1
Mattapan, Ma 02126
617-908-5555
Mrveal7@yahoo.com

Adam Cederbaum,
City of Boston Law Department Room 615,
City Hall (617) 635-4030
Adam.Cederbaum@boston.gov

Thomas M. Barron,
1372 Hancock Street, Suite 301
Quincy, MA 02169
Office: (617) 773-7650
attybarron@aol.com

Aprodu | Conley, PLLC
153 Andover Street
Suite 205
Danvers, MA 01923
P. (978) 406-9090
F. (978) 908-2132
,adela@apco.law