# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM VEAL,<br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF BOSTON CENTERS FOR YOUTH & FAMILIES, CITY OF BOSTON, MARTIN JOSEPH WALSH, WILLIAM MORALES, MICHAEL SULPRIZIO, LORNA BOGNANNO, THOMAS BOWE C.P.A PC, THOMAS BOWE, BONNIE WALLACE, JANE DOE, and JOHN DOE<br><br>      Defendants. | Civil Action No. 1:21-cv-10265-ADB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.2, the undersigned counsel hereby gives notice of her appearance of counsel for Defendants Commissioner of Boston Centers for Youth & Families, City of Boston, Martin Joseph Walsh, William Morales, Michael Sulprizio, and Lorna Bognanno.

Respectfully submitted,

CITY OF BOSTON DEFENDANTS

By their attorney,

Adam N. Cederbaum,
Corporation Counsel

/s/ Samantha Fuchs
BBO No. 708216
Assistant Corporation Counsel
City of Boston Law Department One
City Hall Square, Room 615 Boston,
MA 02201
(617) 635-4477
samantha.fuchs@boston.gov

Dated: February 9, 2022

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by email to the parties.

/s/ Samantha Fuchs
Samantha Fuchs

Dated: February 9, 2022