UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
William Veal

      Plaintiff

                                          CIVIL ACTION NO.:
v.                     21-10265-ADB

Commissioner of Boston Centers for Youth & Families et al
      Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**
March 10, 2022

Burroughs, D.J.

In accordance with the Memorandum and Order entered on March 10, 2022, GRANTING the Defendants' MOTIONS to Dismiss, Judgment is entered on behalf of the Defendants. This case is hereby DISMISSED.

      SO ORDERED.

                                        /s/ Allison D. Burroughs
                                        ALLISON D. BURROUGHS
                                        United States District Judge