UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM VEAL,

Plaintiff,

v.                                                     Civil Action No. 21-cv-10265-ADB

COMMISSIONER OF BOSTON CENTERS

FOR YOUTH & FAMILIES, et al.,

Defendants.


NOTICE OF APPEAL

Notice is hereby given that I the Plaintiff (William Veal) files this notice of appeal to The United

States First Circuit court on this 12th day of March 2022, from the dismissal and final judgment

entered in this action on or about March 10, 2022.



William Veal                                          March 12, 2022

mrveal7@yahoo.com

/s/ William Veal

## CERTIFICATE OF SERVICE

I William Veal hereby certify that I sent an electronic copy of the foregoing document to the attorney of record on this 12th day of March 2022.

William Veal

/s/ William veal