# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Veal v. Commissioner of Boston Centers for Youth & Families et al

District Court Number: 21cv10265-ADB

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No _X_          Sealed documents  Yes ____ No _X_
If yes, document # _____           If yes, document # _____

*Ex parte* documents  Yes ____ No _X_     Transcripts  Yes ____ No _X_
If yes, document # _____           If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#44 Memorandum and Order, #45 Judgment

Other information:

 

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#44, #45, and #46

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _46_ filed on _March 17, 2022_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _March 25, 2022_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**